IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNTHES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL GREGORIS, <br><br> Defendant. | CIVIL ACTION <br> NO. 16-06255 |

## ORDER

**AND NOW**, this 9th day of January, 2017, after consideration of the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3), Defendant Daniel Gregoris's Response in Opposition (ECF No. 12), and after a hearing (ECF Nos. 24–26), in accordance with the accompanying Memorandum it is hereby **ORDERED** that the Plaintiffs' Motion for a preliminary injunction is **GRANTED** as follows:

1. Daniel Gregoris is enjoined from working as Globus Medical, Inc.'s Vice President of Sales, Trauma until further Order from this Court or until May 11, 2018, whichever occurs first.

2. Gregoris shall maintain and hold all records, documents, or other forms of information, including that stored in electronic format, which relate to the allegations in the Verified Complaint, to ensure the fair conduct of this litigation.

3. DePuy Synthes shall post a bond with this Court in the amount of $349,800 on or before **January 11, 2017** to secure the payment of any costs and damages that may be incurred or suffered by Gregoris if he is found to have been wrongfully enjoined.

2

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.